G. S. Lyon and Sons Lumber and Manufacturing Co., a Corporation, Plaintiff-Appellant, v. Alta E. Ellis, Defendant-Appellee.

Gen. No. 10,380.

Third District.

January 23, 1962.

Webber, Webber & Welsh (Richard J. Welsh and C. Jackson Darnall, of counsel), all of Decatur, for appellant; Charles E. Lee, of Decatur, for appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.